UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:06-CR-92 |
| | ) | JUDGES: Phillips/Guyton |
| JAMES MICHAEL WEST, | ) | |
| also known as JAMES WEST, | ) | |
| also known as MIKE WEST, | ) | |
| JOANNE BAKER WEST, | ) | |
| RONALD SCOTT WEST, | ) | |
| BERNADETTE TRENT WEST, | ) | |
| PHILLIP A. APODACA, and | ) | |
| MARK ANTHONY CORT | ) | |

## ORDER TO UNSEAL

Upon motion of the United States of America and for good cause shown,

IT IS ORDERED that the Protective Orders and Government's *Ex Parte* Motion for Protective Orders filed in the above-styled case be unsealed.

ENTER:

_____
THOMAS W. PHILLIPS
UNITED STATES DISTRICT JUDGE