UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

FILED
2006 JUL 19 A 10: 11
U.S. DISTRICT COURT
EASTERN DIST. TENN.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:06-cr-92 |
| | ) PHILLIPS/GUYTON |
| JAMES MICHAEL WEST, et. al. | ) |

## ORDER

Upon motion of the United States and for good cause shown, it is hereby ORDERED that the Indictment in this case be unsealed.

ENTER:

H. BRUCE GUYTON
UNITED STATES MAGISTRATE JUDGE

7/19/06