UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:06-CR-92 |
| v. | ) | |
| | ) | Judges Phillips/Guyton |
| JAMES MICHAEL WEST, | ) | |
|   also known as JAMES M. WEST | ) | |
|   also known as JAMES WEST, | ) | |
|   also known as MIKE WEST, | ) | |
| JOANNE BAKER WEST, | ) | |
| RONALD SCOTT WEST, | ) | |
| BERNADETTE TRENT WEST, | ) | |
| PHILLIP A. APODACA, | ) | |
| MARK ANTHONY CORT, | ) | |
| PRESERVATION PUBLIC, LLC, and | ) | |
| SPIRAL-WEB, INC., also known as | ) | |
| SPIRAL-WEB, INC., DBA | ) | |
| SENSUA GALLERY | ) | |

FILED AUG 8 5 05 PM '06

## TRANSFER ORDER

It appearing that in the above-styled case, a Superseding Indictment was returned in the Greeneville Division of the Eastern District of Tennessee, charging offenses committed in the Knoxville Division of the Eastern District of Tennessee and properly triable in the Knoxville Division,

IT IS ORDERED that the Clerk place said case directly upon the docket for the Knoxville Division without the necessity of placing it upon the docket for the Greeneville Division of this District.

ENTER:

_____
UNITED STATES MAGISTRATE JUDGE

APPROVED:

JAMES R. DEDRICK
United States Attorney

By: _____
David C. Jennings
Assistant United States Attorney