UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

FILED

2006 AUG -9 P 3: 18

U.S. DISTRICT COURT
EASTERN DIST. TENN.

BY _____ DEPT. CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | NO. 3:06-CR-92 |
| v. ) | |
| ) | Judges Phillips/Guyton |
| JAMES MICHAEL WEST, ) | |
|   also known as JAMES M. WEST ) | |
|   also known as JAMES WEST, ) | |
|   also known as MIKE WEST, ) | |
| JOANNE BAKER WEST, ) | |
| RONALD SCOTT WEST, ) | |
| BERNADETTE TRENT WEST, ) | |
| PHILLIP A. APODACA, ) | |
| MARK ANTHONY CORT, ) | |
| PRESERVATION PUBLIC, LLC, and ) | |
| SPIRAL-WEB, INC., also known as ) | |
| SPIRAL-WEB, INC., DBA ) | |
| SENSUA GALLERY ) | |

## PROTECTIVE ORDER

This matter having come before the Court upon the Motion of the United States of America for the entry of a protective order pursuant to Title 21, United States Code, Section 853(e)(1)(A), as incorporated by Title 18, United States Code, Section 982(b), and it appearing to the satisfaction of this Court:

    1. On August 8, 2006, a federal grand jury sitting in this District returned a two-count Superseding Indictment against the above-captioned defendants. This Superseding Indictment charges JAMES MICHAEL WEST, also known as JAMES M. WEST, also known as JAMES WEST, also known as MIKE WEST; RONALD SCOTT WEST; PHILLIP A.

APODACA; MARK ANTHONY CORT; PRESERVATION PUBLIC, LLC, and SPIRAL-WEB, INC., also known as SPIRAL-WEB, INC., DBA SENSUA GALLERY with conspiracy to distribute marijuana, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A) in Count One. In Count Two, the Superseding Indictment charges JAMES MICHAEL WEST, also known as JAMES M. WEST, also known as JAMES WEST, also known as MIKE WEST; JOANNE BAKER WEST; RONALD SCOTT WEST; BERNADETTE TRENT WEST; PHILLIP A. APODACA; MARK ANTHONY CORT; PRESERVATION PUBLIC, LLC, and SPIRAL-WEB, INC., also known as SPIRAL-WEB, INC., DBA SENSUA GALLERY, with conspiracy to commit money laundering in violation of Title 18, United States Code, Section 1956(h). Further, this Superseding Indictment charges that the defendants, JAMES MICHAEL WEST, also known as JAMES M. WEST, also known as JAMES WEST, also known as MIKE WEST; JOANNE BAKER WEST; RONALD SCOTT WEST; BERNADETTE TRENT WEST; PHILLIP A. APODACA; MARK ANTHONY CORT; PRESERVATION PUBLIC, LLC, and SPIRAL-WEB, INC., also known as SPIRAL-WEB, INC., DBA SENSUA GALLERY, shall forfeit to the United States the real property and/or related land records described in Attachments A, B and C. The property named in this Order would, in the event of conviction, be subject to forfeiture pursuant to Title 21, United States Code, Section 853 and Title 18, United States Code, Section 982.

      2.      That the United States has moved, ex parte, for a Protective Order pursuant to Title 21, United States Code, Section 853(e)(1)(A), as incorporated by Title 18, United States Code, Section 982(b), so as to preserve the status quo and prevent defendants, JAMES M. WEST, also known as JAMES WEST, also known as MIKE WEST; JOANNE BAKER WEST; RONALD SCOTT WEST; BERNADETTE TRENT WEST; PHILLIP A.

APODACA; MARK ANTHONY CORT; PRESERVATION PUBLIC, LLC, and SPIRAL-WEB, INC., also known as SPIRAL-WEB, INC., DBA SENSUA GALLERY, from alienating, encumbering, or wasting said forfeitable property; and

3. That based upon the Superseding Indictment and the Supporting Motion submitted by the United States, cause has been shown for the entry of a protective order to preserve the property named in Attachment A, B and C to this Order.

It is, therefore, the ORDER of this Court that this Protective Order issue as to the property described in Attachment A, B and C hereto, incorporated herein by this reference, to wit:

The defendants, JAMES M. WEST, also known as JAMES WEST, also known as MIKE WEST; JOANNE BAKER WEST; RONALD SCOTT WEST; BERNADETTE TRENT WEST; PHILLIP A. APODACA; MARK ANTHONY CORT; PRESERVATION PUBLIC, LLC, and SPIRAL-WEB, INC., also known as SPIRAL-WEB, INC., DBA SENSUA GALLERY, their agents, servants, employees, attorneys, family members, those persons having any interest or control over the property described in Attachment A, B and C or any corporate entity claiming an ownership interest in the property described in Attachment A, B and C, and those in active concert or participation with these defendants, shall not, without approval of this Court upon notice to the United States and an opportunity for the United States to be heard:

    a) alienate, dissipate, transfer, sell, assign, lease, pledge, encumber, or dispose of, in any manner, directly or indirectly;

    b) cause to be alienated, dissipated, transferred, sold, assigned, leased, pledged, encumbered, or disposed of in any manner; or

    c) take, or cause to be taken, any action which could have the effect of concealing or moving from the jurisdiction of this Court, or that would

have the effect of depreciating, damaging or in any way diminishing the value of any property named in Attachment A, B and C to this Order.

It is further ORDERED that if any of the property described in Attachment A, B and C has been or is transferred or disposed of by any means, the defendants, JAMES M. WEST, also known as JAMES WEST, also known as MIKE WEST; JOANNE BAKER WEST; RONALD SCOTT WEST; BERNADETTE TRENT WEST; PHILLIP A. APODACA; MARK ANTHONY CORT; PRESERVATION PUBLIC, LLC, and SPIRAL-WEB, INC., also known as SPIRAL-WEB, INC., DBA SENSUA GALLERY, shall account to the Court for the disposition of the property.

It is further ORDERED that the Clerk of this Court provide the United States Attorney's Office with a certified copy of this Order to record in the county records where the identified real property is located as soon as practical.

This order shall remain in effect until further Order of the Court or until the Court modifies the Order as appears necessary in the interest of justice and consistent with the purposes of Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b).

ENTER:

*Thomas W. Phillips*

THOMAS W. PHILLIPS
UNITED STATES DISTRICT JUDGE

Submitted for Entry:

JAMES R. DEDRICK
United States Attorney

By: *David C. Jennings*

Protective Order
*United States v. James Michael West, et al.*; Case No. 3:06-CR-92 (Phillips/Guyton)  Page 4 of 6