**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **v.** | )     **No. 3:06-CR-92** |
| | )     **(Phillips)** |
| **MARK ANTHONY CORT** | ) |

## ORDER

Defendant's motion to extend the deadline for filing objections to the presentence report [Doc. 271] is **GRANTED.** Defendant shall file any objections by **June 1, 2007.**

IT IS SO ORDERED.

ENTER:

      s/ Thomas W. Phillips
United States District Judge