

# United States District Court

## Eastern District of Tennessee

2009 SEP -4 P 1: 46

UNITED STATES OF AMERICA

v.

MARK ANTHONY CORT

**JUDGMENT IN A CRIMINAL CASE**

(For Offenses Committed On or After November 1, 1987)

Case Number:    3:06-CR-00092-006

James A.H. Bell

Defendant's Attorney

## THE DEFENDANT:

[✓]    pleaded guilty to count(s): 1 and 2 of the Indictment

[ ]    pleaded nolo contendere to count(s) ___ which was accepted by the court.

[ ]    was found guilty on count(s) ___ after a plea of not guilty.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21:846 and 841(a)(1) | Conspiracy to Distribute in Excess of 1,000 Kilograms of Marijuana | July 18, 2006 | 1 |
| 18:1956(h) | Money Laundering | July 18, 2006 | 2 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment and the Statement of Reasons. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 and 18 U.S.C. §3553.

[ ]    The defendant has been found not guilty on count(s) ___.

[ ]    Count(s) ___ [] is [] are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and the United States attorney of any material change in the defendant's economic circumstances.

April 29, 2009

Date of Imposition of Judgment

s/Thomas W. Phillips

Signature of Judicial Officer

THOMAS W. PHILLIPS, United States District Judge

Name & Title of Judicial Officer

April 29, 2009

Date

DEFENDANT: MARK ANTHONY CORT
CASE NUMBER: 3:06-CR-00092-006

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **48 months** .

This term consists of 48 months as to Count One, and 48 months as to Count Two, both terms to run concurrently.

[✓] The court makes the following recommendations to the Bureau of Prisons:

The Court will recommend that the defendant receive 500 hours of substance abuse treatment from the BOP Institution Residential Drug Abuse Treatment Program.

Furthermore, the Court recommends that the defendant be designated to the BOP Facility located in Montgomery, Alabama.

[✓] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:
[ ] at ___ [ ] a.m. [ ] p.m. on ___.
[ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before 2 p.m. on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on __24 AUG 09 VIA ATL/ALS__ to __FCI__ ___MPGN___

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL